Jose Cavazos
Appellant
v.
State of Texas

Cause #4613-B
Willacy County-Texas
Murder Charge
40 Year Sentence

Court of Criminal Appeals
Texas
60,434-03,04

MOTION DENIED
DATE: 4-2-15
BY: [signature]

PETITION FOR DEFAULT JUDGEMENT
AND MOTION FOR Judicial ABUSE of
197th Judicial District Court
Honorable Migdalia Lopez

I, Jose Cavazos #1153894, Date of Birth April 8th 1956 come before this Honorable Court of Criminal Appeals-Texas and humbly ask that this matter be ruled on ENBANC reference Judicial District Court that seems to have gone Amuck in handling Pleadings, motions etc. It is obvious I am no Attorney and I realize Justice is not always served but Legalities are.

Now, I Jose Cavazos come asking for a Ruling of Default due to not adhering to Time Constraints and actually Ruling on a Motion of Review Hearing not in its entirety due to District Clerk NOT Copying Back of pages one and three, thus motion is minus page Two and Four yet Judge Migdalia Lopez Rules first on letter of Inquiry!, then on Incomplete Motion!

It is obviouse District Clerk copied pages ONE and three, failed to copy page Two and Four then discarded original A serious and improper handling of Legal Instruments put in this offices Trust, then to make matters worse Judge Migdalia previously ruled on Inquiry clearly showing a highly prejudiced, Biased Attitude "caught Red handed" disregarding a Legal Instrument and failing To Taking only option of granting extra Time for drafting of a 2nd Motion or granting a New Trial, Review Hearing or Sentence Reduction, at the very least some Sort of Courts Relief deemed discretionary Appropiate.

Enclosed is a 1.) Rough Draft of Motion For Bill of Review Hearing in its entirety, 2.) the Certified Copies filed incomplete and Acted upon on 3-12-15 by Judge Migdalia Lopez 3.) Inquiry of Motion for Bill of Review and advising Judge Lopez Motion was most than Likely sent finally by District Clerks office To D.A.'s office and Judge Lopez Blatantly disregarded problem.

This Honorable Court of Criminal Appeals-Texas should note: ABESTOS Spores caused Closing of CourtHouse Along with highly Tainted Evidence or what State calls evidence, Records are incomplete which calls for Hearing or New Trial or Trial Attorneys Incompetence, plus Records/evidence Keeping in Shambles.

Please See BACK Side

I ask this Honorable Court to make a ruling of relief found appropriate by Honorable Court of Criminal Appeals - Texas and correct a grave miscarriage of Justice, to please entertain all Legal Instruments included in this mailing.

I give above facts and all paperwork enclosed knowing penalties of Perjury and state facts are true and correct to best of my knowledge so help me God. I ask for legal representation if hearing or new trial is granted or remanded back to District Court for corrections of improprieties of a sacred Court of Law, of ineptness & prejudices of original Police Investigation, which called for a directed verdict of acquittal keeping in mind Rule 902 - Evidence that is Self-Authenticating.

Dated: March 20th, 2015

Respectfully - (Pro-Se)
Jose Cavazos #1153894
C.T. Terrell - 1300 FM 655
Rosharon, Texas 77583

THE STATE OF TEXAS

VS.

JOSE CAVAZOS

§
§
§
§
§
§
§
§

IN THE DISTRICT COURT OF

Willacy County, TEXAS

197th JUDICIAL DISTRICT COURT

## MOTION FOR A BILL OF REVIEW HEARING/PROCEEDINGS

COMES NOW THE DEFENDANT, JOSE CAVAZOS FILING PROSE, Who says to this COURT "To MANY MURDER INVESTIGATIONS Are Shaped by what heirarchy WANTS To believe, especially in high profile CASES of small FARMING COMMUNITIES. When working A CASE you have To ignore that, or you will come up with A WRONG RESULT... GRAND JURY and DISTRICT COURT rigged INVESTIGATION, proceedings in A FANTASTIC Fishing Expedition For "make believe" EVIDENCE, of A MURDER. Thus A Conspiracy from DISTRICT ATTORNEYS OFFICE, TEXAS RANGERS, FEDERAL Bureau of INVESTIGATIONS, WILLacy County Sheriffs DEPARTMENT... and A 2nd CONSpiracy when you REPORT it To PROPER Agents of the Court, of EVIDENCE FABRICATED To PRESERVE AN APPEARANCE of infallibility by DISTRICT CourTs, and AGENTS NAMED ABOVE.

1.) Failed To OBSERVE "ELEMENTARY Common SENSE in pursuing imPARTIAL JUSTICE" ACTING without A SHRED of SUBSTANTIATION" and ACCEPTED At face VALUE A PASSEL OF "damning, Ruinous AllegaTions" and unlawful/unconstitutional impRisonment by FlawEd and EXTRA-Legal mEANS. ATTORNEY GENERAL REQUESTING SUMMARY RELIEF AN improper, Cowardly And PEREMPTORY ACTION, by APPROVING these ACTIONS ON RUMORS & AllEGATions without merit on SCIENTIFIC EVIDENCE. Honorable Judge what Alot of Citizens will subsequently demand To Know is JUST how in the heck this happens in U.S.A, TEXAS. and COUNTIES.

UNFORTUNATELY INVESTIGATORS in zEAL To PROSECUTE "SOMEONE" ENGAGE in DECEPTIVE And WRONGful Conduct and when that involves A matter BEFORE the CourTs, WE AS A SOCIETY NEED To EXPOSE it whenever And wherever it OCCURS. THE DEFENDANT REPREsents to this Court that his CASE is JUST SUCH AN EXAMPLE of when PROSECUTORIAL POWER is Allowed To RUN AMUCK. The DEFENDANT NOW REPRESENTS To this Court:

1.) The Criminal HEARING KNOWN AS A Bill of REVIEW PROCEEDING is designed To PREVENT A MANIFEST INJUSTICE. (SEE: Kelly Moore v. NortheAST, 426 S.W. 2d 591)

2.) DEFENDANT claims his CONVICTION was obtained by and was the PRODUCT OF the STATES USE of EXTRINSIC FRAUD.

3.) DEFENDANT defines EXTRINSIC FRAUD AS FRAUD which DENIES A PARTY the oppurTunity To fully LitigATE - upon A TRIAL, All rights and DEFENSES that the PARTY is ENTITLED To ASSERT,

4.) A CONSPIRACY bETWEEN the PROSECUTING ATTORNEY And DEFENSE ATTORNEYS To To govern ACTIONS that would unfairly Influence the outcome of A CASE, would CERTAINLY QUALIFY A EXTRINSIC FRAUD.

(Page - 1 of 4)

5.) A PROSECUTING ATTORNEY putting on the witness stand a KNOWN PERJURER, LIER Miguel "Mike" Amaya and then corroberating with a SECOND witness with Defendants Trial Counsel(s) Knowledge, since "Mike" Amaya had already made Statement To Texas Ranger Jaramillo of having special powers To locate weapon, "SUPERNATURAL WISE", was grounds for Defense Trial Counsel To ask Presiding Judge for Dismissal due To Tainting the integrity of the Court, certainly constitutes a wrongful ACT OF that OPPOSING Counsel. Statement To Texas Ranger Jaramillo is on INVESTIGATION REPORTS. (SEE: WEMBLEY V. HERRERA, 11 S.W. 3d. 924) DEF. Counsel's opening door as to Cal. of Bullet USED, for D.A. Amory others use later on...

6.) AN ACTION (IE: Filing/Pleading) To undo an INCORRECT FORMER Ruling/ Judgement must Be Brought in the Court Rendering the Judgement, thus it is NOT out of this Courts Hands. (SEE: GARZA v RODRIGUEZ, 18 S.W. 3d. 694)

7.) FRAUD AFFECTS FATALLY EVEN the MOST Solemn Judgements & DECREES. (SEE: Diehl V. U.S., 438 F2d 705,, 92 S. Ct. at 67)

8.) Fraud is Valid Ground For setting Asside a PRIOR Judgement, if that Fraud was EXTRINSIC. (SEE: GREY V. FIRST NAT—, 393 F. 2d 371,, 89 S. Ct. 398, 393) Further Fraud: PROSECUTING ATTORNEY leading Jury To believe Bullet Casing was of same batch # (Bullet Casing found at SCENE and Box of ammo found at Defendants parents home) when in fact CCI Bullet manufacturing submitted letter stating Possibly of Same batch # a VERY-VERY clear difference, then To Top it off FBI further lends this line that it is AN FBI finding a scientific finding which it was NOT...

9.) Fraud VITIATES EVERY TRANSACTION TAINTED by it, EVEN Judgement(s). (SEE: DeChuitt v DeChuitt, 613 S.W. 2d 777,, Young v. TEX Emp—, 488 S.W. 2d 551,, & Dudley v. Lawler, 468 S.W. 2d 160)

10.) MisConduct OF PARTY or Counsel is EXTRINSIC Fraud. The Defendant thinks ye ol PROVERBIAL "BACK Room DEALS" (about his Life) definitely ranks as MisConduct of Counsel!

11.) The Defendant REPRESENTS To this Court that he was PREVENTED from having anything Close To RESEMBLING a FAIR Trial due To EXTRINSIC FRAUD. (SEE: TICE v. City—, 767 S.W. 2d 700)

12.) A Bill of REVIEW (HEARING) PROCEEDING To SET ASSIDE a Judgement that is No Longer Appealable is a Valid AVENUE AT this TIME. (SEE: TRANSWORLD v. BRISCOE, 772 S.W. 2d 407)

13.) This Court has SUBJECT MATTER JURISDICTION here. (SEE McDANIEL V. HALE, 883 S.W. 2d 652)

14.) ONCE IT IS FOUND LIKELY that a BILL OF REVIEW PETITIONER IS SUFFERING under Wrongfully obtained Judgement (IE: CONVICTION) that is UNSUPPORTED By the WEIGHT of EVIDENCE, Equity is SATISFIED and Court Should GRANT the ~~WEIGHT~~ REQUESTED RELIEF. (SEE: STATE V. TRULL, 778 S/W. 2d 463)

15.) the Defendant REPRESENTS that the STATE (PROSECUTOR & INVESTIGATORS, et al) did INTENTIONALLY MISLEAD this Court and his CONVICTION Should be SET ASIDE. (SEE: O'Boyle V. Bevil, 259 F. 2d 506) or AT VERY LEAST his Judgement Should be REOPENED. NOTE: IT IS NOT A CRIME TO HAVE possessed A FIREARM AS of SAME Caliber or TYPE AS USED IN MURDER and due To BULLET PIECES found, could NOT have been matched To any handgun rifling grooves EVEN if a handgun had been AVAILABLE. TIME SERVED is another OPTION.

16.) THE DEFENDANT REPRESENTS To this Court that the STATE KEPT A PARTY (WITH EXCULPATORY INFORMATION) away from the Court. (SEE: INCE V. INCE, 58 S.W. 3d 187). NOTE: TWO FEMALES IN CAR while attempting To locate ACCOMPLICE WITNESS during TIME FRAME/window of MURDER yet only ONE TESTIFIED. 2nd female would have REENFORCED 1ST females VERSION. the STATE FAILED To question INITIALS on KNIFE supposedly found on MURDER VICTIM. Letter M which is ACCOMPLICE WITNESS INITIALS!!! STATE suppressed that ACCOMPLICE WITNESS' mother wanted her LIVE-IN Boyfriend To change his STORY or that this Boyfriend had chased ACCOMPLICE WITNESS down the ALLEY with a small cal. handgun months AFTER MURDER PRIOR To TRIAL. A VERY POOR INVESTIGATION conducted with exculpatory facts left out...

17.) the DEFENDANT REPRESENTS To the Court that if "CERTAIN PARTIES" WERE GRANTED TESTIMONIAL & TRANSACTIONAL IMMUNITY by this Court — JUST PRIOR To their TESTIMONY (To avoid any Hanky Panky Shenanigans by the STATE To have a chance To TAMPER with them) A MASSIVE FRAUD would BE EXPOSED.

18.) the INTRODUCTION of FABRICATED EVIDENCE IS FRAUD on the Court and this Court should be ENRAGED About this Conduct by the STATE AS the DEFENDANT is. (SEE: Judgement ~~1810 — 301, 110~~) EVIDENCE To substantiate use of UNTESTED ACCOMPLICE WITNESS, ACCUSATIONS...

19.) THE DOCTRINE OF LACHES DOES NOT TIME BAR THIS PLEADING.

20.) WRONGDOER (IE: the STATE) Shall NOT impose EXTREME Vigilance or Promptitude AS A CONDITION OF EXERCISE OF A Right of INJURED PERSON. (SEE: Melton V. Miller, 391 S.W. 2d 568)

21.) THE TRIAL Court ENJOYS WIDE DISCRETION (IN Arbitrium Judicis - So To say) in this MATTER, and it is ITS decision that would be subject To Appellant REVIEW. (SEE: WALTZ V ZAPATA, 500 F. 2d 628)

22.) To give this Court A TASTE of what the Defendant Can present AT this Hearing,, would require APPOINTMENT of Counsel for defendant and be able To have TRIAL Counsel AT HEARING & PREVIOUS D.A Whom has gone ASTRAY...."ASST. Cameron Co. D.A Gustavo Chapa Garza...."

(CONTINUED)

23.) All the facts need to be examined at a hearing. (see: Aitech v. E.I.L. 33 F. Supp. 2d 546)

24.) Results and in court observation by the Court, could result in the call for Courts of Inquiry proceedings, per C. Cr. Proc. 52.01 (-- and in such a case an Attorney Pro. Tem will definitely be needed.

25.) This Hearing is called for pursuant to the Texas State Constitution, Art. I, § 13 (see: Cienfuegos v. State, 113 S.W. 3d 481,)

## ARGUMENT

Years ago the = flavor of the month prosecutorial mentality (Juan Angel Guerra) resulted in the railroading of the Defendant, now a family stands torn apart by an overzealous prosecutor & investigators whom bent and twisted to create an outcome. Now post conviction investigative efforts will show the miscarriage of justice that has occured here. An appointment of an investigator to present to this Honorable Court - New evidence, ineffective counsel, etc., such as HALO Protection Services, Inc. - Eddie Frankum, President/Investigator - 4230 LBJ Freeway, Suite 330, Dallas Tx. 75244 (214) 638-0345 Office: (214) 638-6221 Fax. haloprotectionservices.com who is somewhat familiar with this case would really leave this Court w/o any doubt of Fraud and how investigations (unbiased) are conducted, as he is an Ex-Police Chief - Ex Internal Affairs Investigator of major city. Let us not forget embarrassment Henry Lucas caused on Texas Rangers whom still cannot shake loose the Whataburgers, for guilty pleas of several murders. Note: Accomplice witnesse's mother's boyfriend was also brought Whataburgers by Texas Ranger Jaramillo... The Court should not hesitate in granting the relief now requested by Defendant.

## PRAYER

The Defendant prays that this Honorable Court will grant him a Hearing as outlined herein this motion, and after investigation, the issuance of subpoena(s), and the said Hearing, set asside his conviction, order a Judgement of Acquittal and if it deems it appropriate, Request a Court of Inquiry into conduct of the States agents & representatives involved in his case.

Respectfully Submitted By,

Jose Cavazos, Pro Se #1153894
C.T. Terrell - 1300 FM 655
Rosharon, Texas 77583

Unsworn Declaration:
    I Jose Cavazos #1153894 incarcerated in TBCJ-CID, C.T. Terrell unit in Brazoria County, Texas - declare under penalty of perjury that the statements and accusations made herein this motion are true and correct, to the best of his knowledge and belief.
        Executed this 8th day of October, 2014,
                                    by: Jose Cavazos

Page 4 of 4

Honorable Judge of 197th Judicial DISTRICT COURT - Willacy Co., TEXAS.
REF: CASE # 4613-B / The STATE OF TEXAS VS. Jose Cavazos
MOTION FOR BILL OF REVIEW HEARING / PROCEEDINGS

FILED
JAN 27 2015 1:35 pm
Gilbert Lozano, Dist. Clerk, Willacy Co.
By _____ Deputy

I Jose Cavazos # 1153894 / DOB April 8th 1956 wish to Advise This Honorable Court of ABOVE MOTION filed ON OCTOBER 16th, 2014 with MR. Gilbert Lozano - District Clerks OFFICE - Willacy County, TEXAS. MOTION basically makes Light of EXTRINSIC FRAUD IN INVESTIGATION, DISTRICT ATTORNEY JUAN ANGEL GUERRAS PRESENTING TO JURY KNOWN LIARS (David Miguel "Mike" AMAYA whom is IN TEXAS RANGERS REPORT as being able to use his SUPERNATURAL Powers To find murder weapon, then admitting on the stand of Lying due To being drunk thus TAINTING THE Honorable Court thus blatantly bringing to Light A REASON for my Trial ATTORNEYS LACK of EXPERIENCE IN CALLING for AN INSTRUCTED VERDICT thus showing INEFFECTIVE Counsel A REASON Legally, for EVEN A NEW TRIAL!

A. murdered VICTIM GEORGE Gonzalez sold to JURY of being A "RESPECTFUL" citizen - TRUCKDRIVER which he was NOT, if INVESTIGATION would of been done by TEXAS RANGER Jaramillo & TARNISHED Willacy County INVESTIGATOR Daniel CAVAZOS my distant COUSIN, A DRIVERS LICENSE CHECK would REVEAL NO COMMERCIAL DRIVERS LICENSE issued to Victim. This further EXTRINSIC FRAUD causing IRREVERSIBLE AND prejudice IN my CASE.

B. FACT that CO-Accomplice - Javier Macias failed A polygraph EXAM thus his character of A Liar established, Another point of INEFFECTIVE Counsel for NOT bringing this To light.

C. SINCE my Trial - NOTE the "Judicial" and I say that very loosely facts of major players. Judge Limas who handled/Ruled ON my APPEAL for NEW Trial convicted of CORRUPTION. He has Family members in Raymondville he excused himself in A CASE in one of my hearings for this REASON (and AGGRAVATED ASSAULT CASE of A father shooting his sons ASSAILANT!!!) Who is To Say he was not bought off by Victim's father, A RETIRED TEXAS Employee since Jury had 2 other TEXAS ROAD MAINTENANCE employees!! IN my CASES Jury make up.

D. An APPEALS Judge who ruled on my 13th District APPEALS is caught drunk on her behind IN McAllen Tx. Who is to say she is NOT AN Alcoholic making rulings not of CLEAR mind.

E. TEXAS RANGER Jaramillo - buying Villagomez whataburgers as TEXAS RANGERS did in the Laughing STOCK CASE of Henry Lucas whom agreed to several murders for whataburgers...

F. DISTRICT ATTORNEY - JUAN GUERRA Jailed, IN Trouble about 4 or 5 different Times clearly A PATTERN of A greedy, cocaine Addicted mind, criminal mentality.

CERTIFIED COPY      Page -I-

G. Same DISTRICT ATTOR. JUAN GUERRA whom in cahootz with my TRIAL ATTORNEY GUZ GARZA RETURNED $500,000 To owner of DESPARADO BAR which Turned into a gaming/money Laundering/criminal enterprise, Leads To ponder the "Take".

H. Same DISTRICT ATTORNEY JUAN GUERRA whom was in "BED" with EX CAMERON County Sheriff CONRADO Cantu a disgraced Sheriff and it Took the Feds To yank case out of the hands of a crooked DISTRICT ATTORNEY hiding behind the office so entrusted on him. Birds of a Feather, Flock Together.

I. EX- Willacy County INVESTIGATOR DANIEL CAVAZOS charged for ASSAULT on a "Rachal" Female I am led To believe Danny could not keep his hands To himself a SEXUAL predator mentality investigating citizens !!!

J. A Sheriffs Dept. which failed To ARREST drug dealers (KNOWN) I made out SEVEN Dealers in one month during my Time back in Willacy County Raymondville, three in Lyford in one incident Danny Cavazos a dog handler at the Time advised me I know which house you and Lupita Sanchez (Known Drug Addict & wife) came from, I'm not putting the dog inside your car. DRUG DEALER was/is a school friend of Danny. Lupita taken in and then brought back by a Deputy To my fathers house !!

POINT being - I RECIEVED AN UNFAIR, unethical, illegal TRIAL in a County so full of CORRUPTION that I pleaded To no avail To my TRIAL ATTORNEY for change of VENUE, I was forced To TESTIFY which again is INEFFECTIVE COUNSEL in A MURDER INVESTIGATION/TRIAL. In my filed MOTION I cite CASE Law where this STILL falls in this Courts Jurisdiction, I ASK for A PRIVATE INVESTIGATOR whom is familiar with my CASE To show this court a SEQUENCE of wrongs and the key for A NEW TRIAL if not for COMMUTATION of SENTENCE To CORRECT A grave injustice, malicious, prejudiced fabrication of EVIDENCE, miscarriage of Justice, Jury Confusion, Evidence so scant that Jurys could only speculate, STATE WITNESSES Lack of credibility, guilty verdict could not possibly be supported by TESTIMONY "FROM this CAST of CHARACTERS" REASONABLE doubt is an ISSUE here, and the LIST does NOT STOP there. In my STATEMENT To Court at end of my TRIAL I was quoted AS rambling but all I said of Willacy County's corruption has come To pass from Commissioners, To D.A. To my TRIAL ATTORNEY visiting Judge, INVESTIGATORS and our Sebastian NEW DA & Clerk pugilists. IS EVERYONE so Blind is justice Truly Blind ??

NOW - BACK To the MOTION - IT is past due with no filing of EXTENSION from the STATE that I'm AWARE of. So I bring it To your ATTENTION Honorable Judge.

Page -2-

CERTIFIED COPY

your Honor — I humbly Ask you To please study & entertain my motion and weigh everything in its entirety so that a just ruling can be made. If due to Legalities and an Attorney I AM NOT you cannot rule for a New Trial based on Constitutional Errors please consider As a lAst resort Commutation of SENTENCE.

I pray for a just outcome reference this Legal matter.

Dated: January 19th 2015

PRO-SE
SINCERELY
Jose Cavazos #115384
C.T. Terrell - 1300 FM655
Roshorrow, Texas 77583

2-12-15

Mtn for New Trial denied.

8:40an

FILED

FEB 19 2015

Gilbert Lozano, Dist. Clerk, Willacy Co.
By _____ Deputy

XC: J. Cavazos

Judge Migdalia
Lopez

A TRUE COPY OF THE ORIGINAL
I CERTIFY, THIS _____ 19 _____ DAY OF
Feb _____ 20 15
GILBERT LOZANO, DISTRICT CLERK
WILLACY COUNTY TEXAS
BY _____ DEPUTY

2094

To: Willacy County - District Clerk
    Mr. Gilbert Lozano
    546 W. Hidalgo Ave.
    Raymondville, Texas 78580

CASE # 4613-B
197th Judicial District Court

Mr. Lozano

    Please make copies available To District Attorney's Office : Hon. Judges
Court/Migdalia Lopez once original has been stamped filed. If
Possible make copy available To me also w/ "filed Stamp," on it.
No way To make Copies here! Thank You Honorable District
Clerk

Dated: Oct. 08, 2014

Respectfully
Jose Cavazos Pro Se #1153844

C.T. Terrell - 1300 FM 655
Roshron, Texas 77583

10:55a

RECEIVED

OCT 16 2014

Gilbert Lozano Dist. Clerk, Willacy Co.
By_____Deputy

CERTIFIED COPY

Cause #4613-B

The STATE OF TEXAS
VS.
JOSE CAVAZOS

§
§
§
§
§
§
§

IN THE DISTRICT COURT OF
WILLACY COUNTY, TEXAS
197'th JUDICIAL DISTRICT COURT

9:30am

FILED
OCT 2 0 2014
Gilbert Lozano, Dist. Clerk, Willacy (
By_____ Dep

## MOTION FOR BILL OF REVIEW HEARING/PROCEEDING

COMES NOW THE DEFENDANT, JOSE CAVAZOS FILING PRO SE, Who says To this Court "To MANY MURDER INVESTIGATIONS ARE shaped by what heirarchy WANTS To beleive, especially in high profile CASES OF SmAll FARMING COMMUNITIES. WHEN WORKING A CASE you have To ignore that, or you will come up with A WRONG RESULT... INVESTIGATORS and DISTRICT ATTORNEY Rigged INVESTIGATION, proceedivg: in a fantastic Fishing Expedition for "MAKE BELEIVE" EVIDENCE, of a murder so that AN Accomplice WITNESS STATEMENT could be used. Thus A CONSPIRACY from DISTRICT ATTORNEYS OFFICE, TEXAS RANGERS, FEDERAL BUREAU of INVESTIGATIONS, Willacy County Sheriffs Department... AND A 2nd CONSPIRACY when you REPORT it To proper Agents of the COURT, of EVIDENCE FABRICATED To PRESERVE APPEARANCE of infallibility by DISTRICT COURTS AND AGENTS NAMED Above.

i.) Failed To OBSERVE "ElEMENTARY COMMON SENSE IN PERSUING IMPARTIAL JUSTICE" ACTING without A shred of SUBSTANTIATION "AND ACCEPTED AT FACE VALUE A PASSEL of "damning, Ruinous AllegatiONS" and unlawful /UNCONSTITUTIONAL imprisonment by FlAWED and EXTRA-legal MEANS. ATTORNEY GENERAL REQuesting summary Relief An improper, cowardly and preemptory ACTION, by Approving these ACTIONS on Rumors; AllegatiONS without MERIT OR SCIENTIFIC EVIDENCE. HonorAble JUDGE what Alot of CITIZENS will subsequently demand To KNOW is JUST how in the heck this happens in U.S.A, TEXAS and Willacy County SO frequently with immature public figures whom have TAKEN AN oath To SEE impartial JUSTICE. Willacy County Record speaks for itself with inhouse squabling INSTEAD of doing what is morally CORRECT, legally CORRECT ; Logically CORRECT.

UNFORTUNATELY INVESTIGATORS in zeal To PROSECUTE "SOMEONE" To "CLOSE the Books" ENGAGE in DECEPTIVE and WRONGFUL ConduCT AND WHEN that involves A matter BEFORE the COURTS, WE AS A SOCIETY NEED To EXPOSE it whenever and wherever it occurs. The DEFENDANT REPRESENTS To this Court that his CASE is JUST Such AN Example of WHEN PROSECUTORIAL POWER is Allowed To RUN AMOCK. The DEFENDANT NOW EXPRESSES/REPRESENTS To this Court :

1.) The CRIMINAL HEARING KNOWN AS A BILL OF REVIEW PROCEEDING is designed To PREVENT A MANIFEST INJUSTICE. (SEE: Kelly MOORE V. NorthWEST, 426 S.W. 2nd 591)

2.) DEFENDANT Claims his CONVICTION was obtained by and was the Product of the STATE'S USE of EXTRINSIC FRAUD.

3.) DEFENDANT defines EXTRINSIC FRAUD AS FRAUD which denies A PARTY the opportunity To FUllY LitigATE - UPON A TRIAL, All RIGHTS and DEFENSES that the PARTY is ENTITLED To ASSERT.

( PAGE 1 of 5 )

9.) Fraud vitiates every transaction tainted by it, even judgement(s). (See: DeCluitt v DeCluitt, 613 S.W. 2d 777,, Young v. Tex Emp —, 488 S.W. 2d 551,, & Dudley v. Lawler, 468 S.W. 2d 160)

10.) Misconduct of party or counsel is extrinsic fraud. The defendant thinks ye ol proverbial "Back Room Deals" (about his life) definitely ranks as misconduct of counsel.

11.) The defendant represents to this court that he was prevented from having a true, impartial investigation or anything close to resembling a fair trial due to extrinsic fraud (See: Tice v. City —, 767 S.W. 2d 700)

12.) A Bill of Review (hearing) proceeding to set aside a judgement that is no longer appealable is a valid avenue at this time. (See: Transworld v. Briscoe, 772 S.W. 2d 407)

13.) This court has subject matter jurisdiction here. (See McDaniel v. Hale, 883 S.W. 2d 652)

14.) Once it is found likely that a Bill of Review petitioner is suffering under wrongfully obtained judgement (ie: conviction) that is unsupported by the weight of evidence, equity is satisfied and court should grant the requested relief. (See: State v Trull, 778 S/W 2d 463)

15.) The defendant represents that the State (prosecutor, investigators, et al) did intentionally mislead this court and his conviction should be set aside. (See: O'Boyle v Bevil, 259 F. 2d 506) or at very least his judgement should be reopened. Note: It is not a crime to have possessed a firearm as of same caliber or type as used in murder (See: Judgement of Feb 2009

16.) The defendant represents to this court that the State kept a party (with exculpatory information away from court. (See: Ince v Ince, 58 S.W. 3d 187. Note: 2d female in car during window frame/time frame of murder while looking for driver/accomplice witness, Kept CCI manufacturing's letter to prosecutors office from court, Kept fact that knife found on murder victim had initial "M" engraved/scratched onto handle and accomplice witness being "Maciel" a possible tampering with evidence after all accomplice witness' shirt ended up in Dallas area and had to be retrieved by Texas Ranger. State suppressed that accomplice witness' mom's boyfriend was arrested with a small caliber handgun while running after accomplice witness down the alley months after murder prior to trial. Very very poor investigation

17.) The defendant represents to the court that if "certain parties" were granted testimonial & transactional immunity by this court - just prior to their testimony (to avoid any hanky panky shananiguns by the State to have a chance to tamper with them) a massive fraud would be exposed.

(Page 3 of 5)

on the TEXAS RANGERS whom STILL CANNOT shake loose the WHATABURGERS for CONFESSIONS INTO UNSOLVED MURDERS!! NOTE: TEXAS RANGER JARAMILLO Knowing this; would bring Accomplice WITNESSES mother's Boyfriend WHATABURGERS for FAVORABLE "STORIES" And To SWAY CERTAIN "STORY TELLING"... the COURT should NOT HESITATE in GRANTING the RELIEF NOW REQUESTED by Defendant.

## PRAYER

The Defendant prays that this Honorable COURT will GRANT him A HEARING As OUTLINED HEREIN this MOTION, And AFTER INVESTIGATION, the ISSUANCE of SUPOENA(s) and the said HEARING SET ASIDE his CONVICTION, ORDER Judgement of Acquittal and if it DEEMS it appropriate, REQUEST A COURT of Inquiry INTO Conduct of the STATES AGENTS : REPRESENTATIVES involved in his CASE with MR. FRANKUM'S INVESTIGATION outcome, I PRAY for BENCH WARRANT BACK To County PRIOR To HEARING with Enough TIME To CONSULT with ATTORNEY and INVESTIGATOR.

RESPECTFULLY Submitted by

_Jose Ca_

José CAVAZOS, Pro SE #1153894

C.T. TERRELL - 1300 FM655

RoshARON, TX. 77583

10/22/14

XC: DA J.CAVAZOS

UNSWORN DECLARATION:

I, JOSE CAVAZOS #1153894 INCARCERATED in TDCJ-CID. C.T. TERRELL UNIT in BRAZORIA County, TEXAS - DECLARE UNDER PENALTY of PERJURY that the STATEMENTS and ACCUSATIONS made HEREIN this MOTION ARE TRUE and CORRECT To the BEST of my Knowledge and Belief.

EXECUTED this 8TH Day of OCTOBER, 2014

By: _Jose Ca_

José CAVAZOS

CERTIFIED COPY

Cause # 4613-B

THE STATE OF TEXAS     §    IN THE DISTRICT COURT OF
         VS.           §      WILLACY COUNTY, TEXAS
JOSÉ CAVAZOS       §    197'th JUDICIAL DISTRICT COURT
                        §

## MOTION FOR APPEAL/RECONSIDERATION

ON OR ABOUT JANUARY 19th 2015 I JOSÉ CAVAZOS WROTE A letter direct To youre Honors CHAMBERS REFERENCE NO RESPONSE To A MOTION FOR BILL OF REVIEW HEARING/PROCEEDINGS which was dated OCTOBER 08, 2014, Filed on OCTOBER 16th 2014. IT is OBVIOUS youre Honor has NOT BEEN made AWARE by DISTRICT ATTORNEYS OFFICE of this MOTION in QUESTION (Included w/this motion). I am sending what DISTRICT CLERKS OFFICE made AVAILABLE To me "minus" BACK pages which would be page Two & page Four. I WROTE DISTRICT CLERKS OFFICE that I was minus Two back pages and if DISTRICT CLERKS OFFICE had SENT DA's office & youre Honors Court Full Copies. (NO RESPONSE AS of this date!

Now I RECIEVE A ruling/decision made by this Honorable Court based on Inquiry letter REFERENCE ACTUAL (incl) MOTION.

I Formally ask 197th Judicial District Court, Honorable Migdalia López To please ENTERTAIN ACTUAL MOTION IN its ENTIRETY and grant A Hearing For NEW Trial and what ACTUAL MOTION ASKS FOR.

NOTE: WE inmates do not have ACCESS To Copiers thus I am sending what DISTRICT CLERKS OFFICE SENT and pray Motion Filed was in its ENTIRETY FRONT & BACK pages.. Any Relief Deemed appropriate is goal of this MOTION.

Dated: February 27th 2015

Honorable Judge if DISTRICT CLERKS OFFICE lost - Destroyed the MOTION in its ENTIRETY please advise & grant EXTENSION Please so that I can ATTEMPT To Draft another one or Grant a Hearing and Appoint Counsel. Missing pages cite Supreme Court Cases on EXTRINSIC Fraud.

RESPECTFULLY
JOSÉ CAVAZOS Pro-SE #1153894

C.T. TERRELL - 1300 FM 655
Roshnron, Texas 77583

FILED
249pm
MAR 0 4 2015
Gilbert Lozano, Dist. Clerk, Willacy Co.
By _____ Deputy

FILED
4.55pm
MAR 1 2015
Gilbert Lozano Dist Clerk Willacy Co.
By _____ Deputy

3-12-15
Request denied.
Judge Migdalia López

XC-3/13/15-JCavazos

A TRUE COPY OF THE ORIGINAL

I CERTIFY, THIS _____ 13th _____ DAY OF

_____ March _____ , 20 ___

GILBERT LOZANO, DISTRICT CLERK
WILLACY COUNTY TEXAS

BY _____ M. Jones. _____ DEPUTY